# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50184 | **DATE** | 8/22/2008 |
| **CASE TITLE** | United States vs. Kenneth Dowthard | | |

**DOCKET ENTRY TEXT:**

Petitioner is given 30 days to file any memorandum in support of his § 2255 motion. Upon the filing of such memorandum or the expiration of the 30 days if such is not filed, the government has 90 days to answer. Petitioner has 30 days after the Government's answer to file any reply. No further extensions.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|

Case 3:08-cv-50184   Document 3   Filed 08/22/2008   Page 1 of 1

08C50184 United States vs. Kenneth Dowthard                                                                                              Page 1 of 1